# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  
Case No.15-18092-RAM  
Chapter 7

MARTA VICTORES

_____Debtor(s)_____/

## OBJECTION TO RELIEF FROM STAY FILED BY GREEN TREE SERVICING LLC

Comes now, Marta Victores, hereinafter referred to as "Debtor", seeking objection to any type of relief of the automatic stay in this case in order to exercise any and all rights Debtor may have in the collateral 60 NW 25 Ave to proceed with the **Mortgage Modification Mediation (MMM)** with either chapter 7 or 13 as adequate protection, and for cause would show the court as follows:

1. On May 1, 2015, Debtor did file for protection relief under Chapter 7 of the Bankruptcy Code.
2. On March 25, 2015 @ 3:25 PM first contact was made requesting Loan Mod paper work. A copy of the phone call log is attached as "Exhibit 1A".
3. On June 12, 1995 subject property was purchase and Debtor has lived in subject property since for over twenty (20) years and seeks to secure a mortgage modification option with lender for real property in which debtor has an interest. The goal is to facilitate communication and exchange of information in a responsible setting and encourage the lender to finalize a feasible and beneficial agreement with the assistance and supervision of the Unites States Bankruptcy

Court for the Southern District of Florida. A copy of the Dade County Tax Roll is attached as "Exhibit A".

4. On April 8, 2015 @ 4:08 PM follow up call was made pertaining again to the application for Loan Mod, then several follow ups where made on 04/10/2015 @ 3:12 PM and @ 3:15 PM, then on 04/13/2015 @ 5:02 PM, & 5:03 PM, was told that a screening needed to be done after been told that the application had been mailed, at that moment the application was requested to be faxed and it was but the form that the Lender send was deformed and was not good for submission. Thereafter my son found on the internet the needed Borrower Assistance Form. A copy of the deform application from Lender is attached as "Exhibit B".

5. On April 17, 2015 a fully completed Loan Mod Application was submitted, many follow ups have been made, over 35 phone log conversations have been registered on my son's cell phone not including the ones made from my phone. A copy of the Fax Verification Report is attached as "Exhibit C".

6. The Debtor wants to start making affordable payments under the MMM program and has filed Schedule A, within local rules on a timely matter with the court, and has estimated property to be worth over $180,000 and the Lender in aware that this is an owner occupied property as per the Loan Mod Application submitted weeks before filing for Bankruptcy protection. A copy of the Loan Mod Application page 1 is attached as "Exhibit D".

7. Letter dated May 7, 2015 from Lender requesting documentation of information already submitted from day one, requesting Tax Returns, Public Assistance and Evidence of Monthly Mortgage Payment. After follow up phone call Lender requested a letter explaining what was already given them but wanted info in a

letter format. A copy of the letter from Lender and Letter from Debtor is attached as "Exhibit E & F".

8. Debtor's only asset has three times the value of the Judgment filed on 10/18/2011 therefore Lender has more than sufficient value in subject collateral to provide adequate protection during the process that it would take for the Bankruptcy to finalize with a (MMM) Mortgage Modification Mediation Program.

9. In support of the Objection to Relief of the Automatic Stay, Debtor has shown good faith attempts to modify loan but now seeks that through the Bankruptcy court to utilize the MMM program which was signed on June 9, 2015 and submitted 06/10/2015.

10. Lender's lack of interest to properly handle, to include all permissible income and prolonging any type of hope and relief within the required Government's Loan Mod products debtor seeks to use the Bankruptcy laws to protect it's only valuable exempt Real Estate interest. If Lender is given the relief from stay, Lender would be looking to be enrich via a foreclosure of subject property then selling it for three times of what is owed. Property has a value of $240,411 according to Zillow and is estimated to continue increasing in value up to 3% in one year. A copy of the Zillow Zestimate is attached as "Exhibit G".

11. Debtor request the court that the Lender assumes its cost for filling and attorneys fees because Debtor in good faith sought to modify loan months before Lender's attorney file motion in Bankruptcy Court, Lender's improper handling of file and not cooperating has cause Debtor's case to be prolong more then what should have taken place. Debtor was never given the opportunity to directly deal with the Lost Litigation Dept., all phone calls to Green Tree where

re-routed 2 or 3 times until the call got transferred to the Bankruptcy Dept. even thou my previous chapter 13 case was dismiss in 2014. When I would be speaking to someone in the BK Dept of Green Tree, then they would call the Lost Litigation Dept to ask them the questions that I was asking them, it was extremely frustrating dealing under these procedures. I was not allowed to speak with the Loan Processor nor the Underwriter; it was all full of missing information and not one return phone call from their part. The original principal amount of $47,107.34 has multiply over $80,000 from all those additional fees that they have been adding apart from interest.

12. Debtor seeks to protect it's asset utilizing all the resources that are permissible under the US Bankruptcy Laws if so needed to also convert to a chapter 13 plan as the last option.

13. If Debtor is not permitted to exercise the MMM program, it will suffer irreparable injury, loss, damage and perhaps expired do to my delicate health situation. I became very ill a few months before I was hospitalized in the month of February and after attending three (3) different hospitals I was finally discharge in April. Copies of the Hospital Discharge Summary is attached as "Exhibit H".

14. Letter from Lender dated 06/04/2015 staying that application has been submitted and could take thirty (30) days to process an evaluation. A copy attached as "Exhibit I"

15. Debtor prays to the court to dismiss Lender's motion and grant Debtor's Motion to "Self-Represented Debtor's Verified Motion for Referral to Mortgage Modification Mediation"

## DEBTOR'S VERIFICATION

WHEREFORE, PREMISES CONSIDERED, Debtor request this court to deny any order of relief from stay to Movant, nor grant the fourteen (14) days stay of the Order Granting Relief so that, Marta Victores, can pursue the Mortgage Modification Mediation with the court's agreed Mediator to save my home, conclude this law suit and be able to peacefully continue living in my home until my expire date.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on June 17, 2015.

Respectfully submitted,

/s/ **Marta Victores** *Marta Victores*

Debtor(s)
Address: 60 NW 25 Ave
Miami, FL 33125
Telephone: 786-309-2235
Fax: n/a
email: n/a

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Objection To Relief From Stay was served by U.S Mail, First Class, and/or electronic transmission to the following: parties listed below on __JUNE 17, 2015_____.

```
                                    /s/ Marta Victores  /marta Victores/
                                    Debtor(s)
                                    Address: 60 NW 25 Ave
                                     Miami, FL 33125
                                    Telephone: 786-309-2235
                                    Fax:   866-996-3327
                                    email: ccvictores@gmail.com
```

Lender
Green Tree Servicing LLC
P.O. Box 6154
Rapid City, SD 57709-6154


Lender's Cousel
Evan S. Singer
Timothy D. Padgett, P.A.
6267 Old Water Oak Road, STE 203
Tallahassee, FL 32312


Trustee
Joel L. Tabas
14 NE 1 Ave PH
Miami, FL 33132

ESPAÑOL (HTTPS://ES.MY.T-MOBILE.COM) | PROFILE (/PROFILE.HTML) | TOOLS (/TOOLS.HTML) | LOG OUT

(/home.html)   GO

BILLING (/BILLING/BILLING.HTML) | USAGE (/USAGE/USAGEOVERVIEW.HTML) | PLAN (/PLANS.HTML) | PHONE (/MYPHONE/MYPHONEDETAILS.HTML) | SHOP (/SHOP/SHOP.HTML)

# Usage details

AV, (305) 725-8844

Mar. 07 - Apr. 06, 2015

Voice    Messaging    Data    T-Mobile purchases    Third-party purchases

All    Charged    Filter : (800) 643-0202  X

**Total use:** 14 minutes  
**Total charges:** $0.00

Filter by selecting the value you would like to see in the table below.

| Date & Time | Destination | Number | Min | Type | Charge |
|---|---|---|---|---|---|
| 03/25/15, 3:25 PM | 1-800 # | (800) 643-0202 | 14 | -- | -- |

Download usage records

SUPPORT (HTTP://SUPPORT.T-MOBILE.COM/WELCOME.HTML) | CONTACT US (/CONTACT-US.HTML) |
STORE LOCATOR (HTTP://WWW.T-MOBILE.COM/STORE-LOCATOR.HTML) |
COVERAGE (HTTP://WWW.T-MOBILE.COM/COVERAGE.HTML) | T-MOBILE.COM (HTTP://WWW.T-MOBILE.COM/) |
LOG OUT

About T-Mobile USA (https://www.t-mobile.com/Company/) | Return Policy (https://www.t-mobile.com/Templates/Popup.aspx?PAsset=Ftr_Ftr_ReturnPolicy&print=true) | T-Mobile Visa® Prepaid Card (https://t-mobilemoneyservices.com/)
Terms & Conditions (https://www.t-mobile.com/Templates/Popup.aspx?PAsset=Ftr_Ftr_TermsAndConditions&print=true) | Terms of Use (https://www.t-mobile.com/Templates/Popup.aspx?PAsset=Ftr_Ftr_TermsOfUse&print=true) | Privacy Policy (https://www.t-mobile.com/company/website/privacypolicy.aspx) | Privacy Resources (http://www.t-mobile.com/Company/PrivacyResources.aspx?tp=Abt_Tab_IdentityTheft) |
Open Internet Policy (http://www.t-mobile.com/Company/CompanyInfo.aspx?tp=Abt_Tab_ConsumerInfo&tsp=Abt_Sub_InternetServices)

© 2002 - 2015 T-Mobile USA, Inc (http://www.t-mobile.com/Templates/Popup.aspx?PAsset=Ftr_Ftr_Copyright&

## DADE COUNTY PROPERTY

| | | | | |
|---|---|---|---|---|
| FOLIO | 01-41-03-033-2810 | PADDR 60 / NW / 25 / AV | | |
| CO-USE | 1 / RES SINGLE FAM | PCITY MIAMI | | PZIP CD 33125-5236 |
| ZONING | 10 / S FM 2101 TO 2300 | SUBDV GLENROYAL-AMD | | |
| ST-USE | 1 / RESID SNGL FAM | LIEN?  TAX CRT? | LIS PEND? | UPDATE 02/03/15 |

### OWNER NAME & ADDRESS

| | | | | |
|---|---|---|---|---|
| LAST | VICTORES | OADDR 60 / NW / 25 / AV | | |
| FIRST | MARTA | OCITY MIAMI | FL | OZIP CD 33125 |
| OTHER | | COMPANY | | |

### LAND INFORMATION

| | | | | |
|---|---|---|---|---|
| FRONT FT | | DEPTH FT | LOT 329 | BLOCK    PBK-PG   5-56 |
| LND SQFT | | 7,150 LND ACRE   0.16 | WATERFRONT | OR BK-PG 18030-0369 |
| $/LANDSF | | $/ADJSF | $/TOTLSF | AV RATIO |

### BUILDING INFORMATION

| | | | | |
|---|---|---|---|---|
| ADJSQFT | 1,733 | TOTSQFT 1,733 | NUM UNITS 1 | YEAR BLT 1932 |
| BEDROOMS | 2 | BATHRMS 1 | HALF BATHS | NUM FLRS 1 |

### LEGAL DESCRIPTION

| | | | |
|---|---|---|---|
| 1 | GLENROYAL-AMD   PB 5-56 | 4 | OR 18030-0369 0997 4 |
| 2 | LOT 329 | 5 | |
| 3 | LOT SIZE   50.000 X 143 | 6 | |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | | DISTRICTS | EXEMPTIONS | | | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|---|---|
| Land | $ 53,642 | Water | Homestd | Y | Widow | N | COUNTY TAX | |
| Imprv | $ 73,958 | Road | Veteran | N | Disabld | N | CITY TAX | |
| Total | $ 9,878 | Sewer | Exempt | N | Senior | Y | MISC TAX | |
| Prev | $ 0 | Light | School | Y | Exmpt | | GROSS TAX | $ 992 |
| MillRt | 22.6786 | Markt Val $127,600 | | | NonEx | | PREV TAX | $ 515 |

### TAX PAYMENT INFORMATION

| PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|
| #1 | | | | |
| #2 | | | | |
| #3 | | | | |
| #4 | | | TOTAL TAX DELINQUENT | |
| #5 | | | $ 0.00 | |
| #6 | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 09/05/97 | 03/24/98 | $ 0 | | 18030-369 | M | |
| PREV | 12/30/96 | 12/30/96 | $ 0 | | 17480-3059 | M | |
| EARL | 06/12/95 | 06/14/95 | $ 68,200 | | 16814-1620 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|
| | | |

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 06/23/95 | $ 51,150 | CAPOMACCHIA, ANTHONY C | CO / CONVENTIONAL |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE 34 |
| OTHER | | |

**Information not warranted. Information herein is from Dade County**
Tax Rolls. MLS subscribers are not responsible for its accuracy.

06/17/15

Date: 4/13/2015 Time: 2:21 PM To: 918776816026    +1 (651) 293-5500    Page: 009

# UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about all of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

Servicer: _____

| I want to: | ☐ Keep the Property | ☐ Vacate the Property | ☐ Sell the Property | ☐ Undecided |
|---|---|---|---|---|
| The property is currently: | ☐ My Primary Residence | ☐ Second Home | ☐ An Investment Property | |
| The property is currently: | ☐ Owner Occupied | ☐ Renter Occupied | ☐ Vacant | |

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| BORROWER'S NAME | | CO-BORROWER'S NAME | |
| SOCIAL SECURITY NUMBER | DATE OF BIRTH | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE | | HOME PHONE NUMBER WITH AREA CODE | |
| CELL OR WORK NUMBER WITH AREA CODE | | CELL OR WORK NUMBER WITH AREA CODE | |
| MAILING ADDRESS | | | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) | | EMAIL ADDRESS | |

Is the property listed for sale? ☐ Yes ☐ No

If yes, what was the listing date? _____

If property has been listed for sale, have you received an offer on the property? ☐ Yes ☐ No

Date of Offer: _____ Amount of Offer: $_____

Agent's Name: _____

Agent's Phone Number: _____

For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit counseling agency for help?

☐ Yes ☐ No

If yes, complete the counselor contact information below:

Counselor's Name: _____

Agency's Name: _____

Counselor's Phone Number: _____

Counselor's Email Address: _____

Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☐ No

Total Monthly payment amount: $_____    Name and Address fees are paid to? _____

Have you filed for bankruptcy? ☐ Yes ☐ No    If yes: ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13

If yes, what is the filing Date? _____ Has your bankruptcy been discharged? ☐ Yes ☐ No    Bankruptcy case Number: _____

| | |
|---|---|
| Is any Borrower an active duty service member? | ☐ Yes ☐ No |
| Has any Borrower been deployed away from his/her primary residence or received a Permanent Change of Station order? | ☐ Yes ☐ No |
| Is any Borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | ☐ Yes ☐ No |

Fannie Mae/Freddie Mac Form 710    Page 1 of 4    August 2014

Exhibit C

TRANSMISSION VERIFICATION REPORT

```
                                          TIME    : 04/17/2015 16:37
                                          NAME    : OFFICEMAX
                                          FAX     : 3052206729
                                          TEL     : 3052206729
                                          SER.#   : U63274D2J113162
```

```
DATE,TIME           04/17 16:24
FAX NO./NAME        18776122422
DURATION            00:13:36
PAGE(S)             27
RESULT              OK
MODE                STANDARD
```

# UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about **all** of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

**NOTICE:** In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.

**REMINDER:** The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income); (3) required income documentation; and (4) required hardship documentation.

| Loan Number | 820234805 | (usually found on your monthly mortgage statement) |
|---|---|---|
| Servicer's Name | GREEN TREE | |

| I want to: | ☑ Keep the Property | ☐ Vacate the Property | ☐ Sell the Property | ☐ Undecided |
|---|---|---|---|---|
| The property is currently: | ☑ My Primary Residence | ☐ A Second Home | ☐ An Investment Property | |
| The property is currently: | ☑ Owner Occupied | ☐ Renter Occupied | ☐ Vacant | |

| **BORROWER** | | **CO-BORROWER** | |
|---|---|---|---|
| BORROWER'S NAME: MARTA VICTORES | | CO-BORROWER'S NAME | |
| SOCIAL SECURITY NUMBER 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 | DATE OF BIRTH 07/11/1942 | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE 786-309-2235 | | HOME PHONE NUMBER WITH AREA CODE | |
| CELL OR WORK NUMBER WITH AREA CODE 786-309-2235 | | CELL OR WORK NUMBER WITH AREA CODE | |
| MAILING ADDRESS 60 NW 25 AVE, MIAMI, FL 33125 | | | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) SAME | | EMAIL ADDRESS CCVICTORES@GMAIL.COM | |

| Is the property listed for sale? ☐ Yes ☑ No | Have you contacted a credit counseling agency for help? |
|---|---|
| If yes, what was the listing date? _____ | ☐ Yes ☑ No |
| If property has been listed for sale, have you received an offer on the property? ☐ Yes ☐ No | If yes, please complete the counselor contact information below: |
| Date of offer: _____ Amount of Offer: $ _____ | Counselor's Name: _____ |
| Agent's Name: _____ | Agency's Name: _____ |
| Agent's Phone Number: _____ | Counselor's Phone Number: _____ |
| For Sale by Owner? ☐ Yes ☑ No | Counselor's Email Address: _____ |

| Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☑ No |
|---|
| Total monthly amount: $ _____ Name and address that fees are paid to: _____ |

| Have you filed for bankruptcy? ☑ Yes ☐ No | If yes: ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☑ Chapter 13 |
|---|---|
| If yes, what is the filing Date: 09/19/2013 Has your bankruptcy been discharged? ☐ Yes ☑ No | Bankruptcy case number: 13-32379 |

| | Yes | No |
|---|---|---|
| Is any Borrower an active duty service member? | ☐ | ☑ |
| Has any Borrower been deployed away from his/her primary residence or received a Permanent Change of Station order? | ☐ | ☑ |
| Is any Borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | ☐ | ☑ |

# green tree

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

May 07, 2015

MARTA VICTORES PRO SE
60 NORTHWEST 25 AVE
MIAMI FL 33125-5236

Re: Green Tree Servicing LLC ("Green Tree")
    Customer Name: MARTA VICTORES
    Account Number: 820234805
    Property Address: 60 NORTHWEST 25 AVE
                      MIAMI, FL 33125

**THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOUR CLIENT IS CURRENTLY IN BANKRUPTCY OR THIS DEBT WAS DISCHARGED IN A BANKRUPTCY, THE SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DEBT AS THEIR PERSONAL LIABILITY.**

Dear Marta Victores Pro SE:



Green Tree recently received your client's application for loss mitigation assistance for the above-referenced account. Unfortunately, Green Tree has determined your client's application is incomplete because we have not received all of the documentation necessary to complete the evaluation.

As of 05/07/2015, Green Tree has not received the following documentation:

- Last Year's Tax Statement (Tax Return with all Schedules)
- Public Assistance
- Evidence of Monthly Mortgage Payment for your client's Principal Residence Including Taxes, Insurance, Homeowners or Condominium Association Fees and Assessments

**IMPORTANT** – If your client has already submitted one or more of the documents listed above, it may be possible that the documents previously provided to us were incomplete (e.g., failure to submit all pages of a bank statement), were incorrectly completed (e.g., the 4506-T was not signed and dated), or were considered stale (e.g., pay stubs submitted were more than 30 days old at the time of submission). Please contact your client's account representative if you or your client have any specific questions or concerns about the documents we are requesting. Your client's assigned account representative is April M. at 1-800-643-0202, extension 55111.

Please submit the missing items to Green Tree at the following address or fax number:

Green Tree
Attn: Loss Mitigation, T214
7360 South Kyrene Road
Tempe, AZ 85283
(877) 612-2422

It is your client's responsibility to send in the above-referenced documentation by 06/06/2015. If all missing documentation is not received within the aforementioned time frame, there is no guarantee your client's account will be evaluated.

After receiving a complete loss mitigation application, the evaluation process may take up to 30 days. If your client's application is approved, their account representative will notify you to discuss the loss mitigation option(s) for which your client is eligible. If your client's application is denied, you will receive a letter stating the reason for denial.

For all first lien mortgage accounts: Your client has a right to receive a copy of all written appraisals or valuations developed in connection with an account modification application.

If you or your client wish to discuss your client's account or have any other questions, please contact your client's account representative. Your client's assigned account representative is April M. at 1-800-643-0202 extension 55111.

Please be advised that any loss mitigation option that Green Tree is able to provide on this account will not be applicable to any other mortgage accounts or liens that your client may have on this property. Please contact the servicer(s) of any other mortgage account or lien that is secured by this property in order to discuss loss mitigation options that may be available to your client.

CFPB LM Ack. – FNMA IIN – ABK, 11/10/2014             YAFNMB24 1.4             LTR-1074(ABK)

05/29/2015

Marta Victores

60 NW 25 Ave

Miami, FL 33125

GreenTree

Attn: Loss Mitigation, T214

7360 South Kyrene Road

Tempe, AZ 85283

### RE: LOAN MODIFICATION DOCUMENTS REQUEST LOAN # 820234805

1. ***Last Year's Tax Statement (Tax Return with all Schedules):***

    As per previous request and information provided to your office, I have informed you twice already that since I'm receiving SSI I'm exempt from filing tax returns and have not file tax returns in the last 20 years, so please be advice once again there are no Tax Returns available.

2. ***Public Assistance:***

    The public assistance was initially provided to your office from day one of loan submission April 17, please see attached information once again.

3. ***Evidence of Monthly Mortgage Payment PITI:***

    As per Fannie Mae/Freddie Mac Form 710 submitted on April 17, 2015 it states that the First Mortgage is $533, Insurance $100 and Property Taxes $83 with no Homeowners Association Fees and Assessments.

Sincerely,

*Marta Victores*

Marta Victores

Exhibit G



VIEW LARGER

# 60 NW 25th Ave,
## Miami, FL 33125

**2 beds · 1 bath · 1,732 sqft**  Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**
Zestimate®: $240,411
Update my Zestimate
Rent Zestimate®:
$1,996/mo
Est. Refi Payment
$909/mo
See current rates on Zillow

This 1732 square foot single family home has 2 bedrooms and 1.0 bathrooms. It is located at 60 NW 25th Ave Miami, Florida.

### FACTS
- Lot: 6,969 sqft
- Single Family
- Built in 1932
- Views: 343 all time views

More

County website   See data sources

## Zestimate Details

Add owner estimate

Zestimate  $240,411  Last 30 days
$228K — $252K  Zestimate range

Rent Zestimate  $1,996/mo  Last 30 days
$1.4K — $2.3K  Zestimate range

Zestimate forecast  $247,551  +3.0% One year

### GET A PROFESSIONAL ESTIMATE

Select Properties Of America, Inc  PREMIER AGENT
29 Recent sales
(305) 707-6298


Rey Delgado  PREMIER AGENT
5 Recent sales
(786) 837-0525

Giulianna Albarello  PREMIER AGENT
1 Recent sales
(305) 424-8971

✉ abel.victores@gmail.com

I own this home and would like a professional estimate at 60 NW 25th Ave, Miami, FL 33125

Learn how to appear as the agent above

### Similar Homes for Sale


**FOR SALE**
$194,500
2 beds, 1.0 baths, 1246 s...
2836 SW 3rd St, Miami, ...

**FOR SALE**
$269,000
6 beds, 5.0 baths, 2057 s...
340 NW 33rd Pl, Miami ...

**FOR SALE**
$239,000
5 beds, 4.0 baths, 3325 s...
(Undisclosed Address), ...

See listings near 60 NW 25th Ave

### Nearby Similar Sales

SOLD: $180,000
Sold on 10/2/2014
2 beds, 1.0 baths, 1561 sqft
2361 NW 1st St, Miami, FL 33125

SOLD: $198,000
Sold on 3/26/2015
2 beds, 1.0 baths, 1360 sqft
2841 NW 4th Ter, Miami, FL 33125

SOLD: $205,000

```
              University of Miami Hospital
                 1400 N.W. 12th Avenue
                  Miami, Florida 33136
               Telephone: (305) 325-5605
                  Fax: (305) 325-3995
```

## Discharge Summary

**Discharge Summary**
**Admission Date** 03/28/15
**Discharge Date** 04/06/15
**Admission Diagnosis**
dermatitis
**Discharge Diagnosis**
Stevan Johnson Syndrome
**Hospital Course**
Uneventful, responded well to IVIG and medical treatment, hemodynamically stable, afebrile, significantly improved, Pt is being d/c after being clear by Dermatology, on tapering dose of Prednisone and tolipcal creams.

**Funcional Status**
independent
**Medications**
see mar
**Consult Recommendation**
Dermatology as out-pt
**Disposition**
home
**Education** Patient

## Follow Up

**Follow Up**
**Primary Care Physician**
Undefined Provider

```
=====================================================================================
PCM Discharge Summary             PATIENT:              VICTORES,MARTA
                                  DATE OF BIRTH:        07/11/42
                                  ACCOUNT #:            E68594714
                                  MRN:                  E000823798
                                  DATE OF ADMISSION:    03/28/15
                                  ATTENDING PHYSICIAN:  Manuel M.
Garcia-Frangie

Garcia-Frangie,Manuel M.
```

Page 1 of 2

"Exhibit H"

**NURSING & REHABILITATION**

**Zulma Valdes, MSW**
*Social Worker*

955 NW 3rd Street
Miami, Florida 33128
Office (305) 548-4020
Fax (305) 548-4898
zvaldes@victorianursing.net
www.victorianursing.net

May 27, 2015

Re: Ms. Marta Victores

To Whom It May Concern:

Ms. Marta Victores was a patient at Victoria Nursing and Rehabilitation Center from February 28, 2015 to March 28, 2015. During these dates, Ms. Victores resided in the facility and required 24 hour nursing care. Should you have any questions or concerns, please do not hesitate to contact me at 305-548-4020 ext. 2005.

Sincerely,

Zulma Valdes, MSW
Social worker